IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY ROY LIDDELL                                             PLAINTIFF

V.                              NO. 11-2197

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Reverse and Remand Pursuant to Sentence Four of the Social Security Act.  42 U.S.C. § 405(g).  (Doc. 7).  In Defendant's supporting brief, Defendant specifically seeks remand to the Agency "to resolve the two conflicting determinations as to Plaintiff's disability status and to direct an Administrative Law Judge (ALJ) to re-determine the onset of disability in light of the Agency's favorable disability decision finding Plaintiff to be disabled as of December 7, 2010, based on a second application for disability benefits."  (Doc. 8).  No response has been filed to the motion.

For good cause shown, the Court recommends that Defendant's motion be granted, and that the Court reverse and remand this case pursuant to sentence four of 42 U.S.C. §405(g), so Defendant may review the case de novo, further develop the record, conduct further administrative proceedings, and issue a decision.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

Entered this 24th day of April, 2012.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE